National Printing & Engraving Co. v. Winternitz, 207 Ill. App. 51.

2. MUNICIPAL CORPORATIONS, § 864*—*when evidence sufficient to sustain conviction for violation of gambling ordinance.* On a prosecution for violation of the Chicago Code of 1911, sec. 982, in reference to gambling, evidence *held* to support a judgment against defendant.

3. MUNICIPAL COURT OF CHICAGO, § 14*—*what judicially noticed by.* The Municipal Court of Chicago takes judicial notice of the ordinances of the City of Chicago.

4. MUNICIPAL COURT OF CHICAGO, § 28*—*when ordinance must be certified.* The trial judge, in an action in the Municipal Court of Chicago, is required, upon the request of the party appealing, to certify the ordinance or ordinances material to the issues.

5. MUNICIPAL COURT OF CHICAGO, § 29*—*when presumed that complaint conformed to ordinance.* On an appeal by defendant from a judgment of the Municipal Court of Chicago, where the ordinance material to the issue is not certified by the trial court, every presumption that the complaint thereunder conformed to the ordinance will be indulged in favor of the judgment.

National Printing & Engraving Company (a corporation), Winterburn Print Branch, Defendant in Error, v. Samuel L. Winternitz, trading as The Waterdrome Company, Plaintiff in Error.

Gen. No. 22,156. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN R. CAVERLY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed June 27, 1917.

Statement of the Case.

Action by the National Printing & Engraving Company (a corporation), Winterburn Print Branch, plaintiff, against Samuel L. Winternitz, trading as The Waterdrome Company, defendant, for the purchase price of goods. To reverse a judgment for plaintiff for $217.40, defendant prosecutes this writ of error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

WILLIAM FRIEDMAN, for plaintiff in error.

P. F. MURRAY, for defendant in error.

MR. PRESIDING JUSTICE GOODWIN delivered the opinion of the court.

## Abstract of the Decision.

1. CORPORATIONS, § 516*—*when evidence shows business not incorporated.* In an action to recover the purchase price of goods, evidence *held* to show that defendant was owner of the business by which the goods were purchased, that he was doing business under such name and that the business was not incorporated.

2. MUNICIPAL COURT OF CHICAGO, § 30*—*when granting of leave to amend statement of claim is not ground for reversal.* The fact that though leave was given to amend the statement of claim in a case of the fourth class in the Municipal Court of Chicago, which named several defendants who were not served with process, no amendment was actually made, is not ground for reversal.

3. APPEAL AND ERROR, § 471*—*when objection to statement elicited on cross-examination may not be raised.* One who elicits a statement from a witness on cross-examination and does not object thereto cannot raise the objection on appeal.

Eugenie Lambert, trading as Madame Eugenie, Defendant in Error, v. Mrs. L. M. Loomis, Plaintiff in Error.

## Gen. No. 22,168.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN COURTNEY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Reversed and remanded. Opinion filed June 27, 1917.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.